**E-filed 11/21/06**

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12 HONG ZHANG,                          )
                                        ) No. C 06-5520 JF
13               Plaintiff,             )
                                        )
14        v.                            )
                                        ) **STIPULATION TO DISMISS; AND**
15 ALBERTO GONZALES, United States Attorney ) **[PROPOSED] ORDER**
   General; *et al.*,                   )
16                                      )
                 Defendants.            )
17 _____  )

18     Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, subject to

19 the approval of the Court, to dismissal of the above-entitled action without prejudice because the

20 United States Citizenship and Immigration Services agrees to grant Plaintiff's application for

21 naturalization (Form N-400) and agrees to do so within 30 days after dismissal of this action.

22     Each of the parties shall bear their own costs and fees.

23

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss
C06-5520 JF                              1

1 | Date: November 16, 2006
2 | KEVIN V. RYAN
   | United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 16, 2006

/s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   11/21/06

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-5520 JF                               2